# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2055

_____

Jermaine Ford,

          Appellant,

    v.

Dwight L. Fondren, Warden,

          Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: February 2, 2010
Filed: February 5, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Jermaine Ford appeals the district court's[1] denial of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam), we conclude habeas relief was properly denied. We affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.